UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-00259-01 |
| VERSUS | JUDGE DEE D. DRELL |
| SHAUN WILLIAMS | MAGISTRATE JUDGE KIRK |

## MINUTES OF COURT

Monday, August 17, 2009  Court convened: 1:15 P.M.  Court adjourned: 1:45 P.M.
Time in Court: /30 minutes

**PRESENT:** DEE D. DRELL  DISTRICT JUDGE
**Myra Primeaux**  **Court Reporter**
Marcia Leleux  Courtroom Deputy

Robert Gillespie, Jr.  Representing Government
Billy Guin, Jr.  Representing Defendant
Shaun Williams  Defendant

**CASE CALLED FOR**: Hearing on Motions [20] Motion to Suppress, [42] Motion in Limine and [43] Motion in Limine

COMMENTS/RULINGS: After hearing argument on the motions, the Court denied the [20] Motion to Suppress; and granted in part and denied in part the [42] [43] Motions in Limine.